**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LISA BAKER,

                Plaintiff,

-against-                              23 **CIVIL** 2078 (VB)

                                                      **JUDGMENT**

DAVID G. GALLO, ESQ. (personally and professionally),
BERT T. BOWLER, CFP (personally and professionally),
and ESTATE OF KARL PIRNAT,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 22, 2024, the motion to dismiss is GRANTED. Plaintiff's request for leave to amend the complaint is DENIED. The dismissal is without prejudice to refiling in state court. Katz v. Donna Karan Co., 872 F.3d 114, 121 (2d Cir. 2017). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      January 23, 2024

                                                                      **RUBY J. KRAJICK**
                                                                        **Clerk of Court**

                                          **BY:**      *K. Mango*

                                                                          **Deputy Clerk**